DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GERALD SCOTT HICKMAN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-1029

[August 10, 2017]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; James W. McCann, Judge; L.T. Case No. 562016CF002702A.

Carey Haughwout, Public Defender, and Patrick B. Burke, Assistant Public Defender, West Palm Beach, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

WARNER, KLINGENSMITH and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***